1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER J HANSON PC, | CASE NO. 2:24-cv-01142-JNW |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TVG-MEDULLA LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On October 24, 2024, the parties submitted a stipulated motion to extend case deadlines. Dkt. No. 9.

The Court reminds the parties to review its Chambers Procedures, available at https://www.wawd.uscourts.gov/judges/whitehead-procedures. In relevant part, the procedures state, "The initial case schedule deadlines may be extended by contacting Judge Whitehead's Courtroom Deputy. There's no need to file a stipulation with the Court." *See* Chambers Procedures – Civil 5.4 – Extending Initial Scheduling Order Deadlines. And, "Parties may agree to extend the time for

a defendant to answer or otherwise respond to a complaint. So long as the parties agree to an extension, there's no need to file a stipulation with the Court." *Id.* at 5.3 – Extending Deadline to Answer.

Finally, whether the parties submit a stipulated or contested motion, the movant "shall submit an editable version of the proposed order, in a format compatible with Microsoft Word, to chambers via email as provided in the Electronic Filing Procedures manual." Local Civil Rule 7(b)(1). Here, the parties have not done so.

Nevertheless, the Court finds good cause for the extensions sought and orders as follows:

- The deadline for TVG-Medulla to file its Answer to the Complaint is moved from October 22, 2024, to November 4, 2024.

- The deadline for the Fed. R. Civ. P. 26(f) Conference is moved from October 22, 2024, to November 12, 2024.

- The deadline for Initial Disclosures under Fed. R. Civ. P. 26(a)(1) is moved from November 5, 2024, to November 25, 2024.

- The deadline for the parties' Combined Joint Status Report and Discovery Plan as requested by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f) is moved from November 12, 2024, to December 2, 2024.

It is so ORDERED.

Dated this 25th day of October 2024.

**MINUTE** ORDER - 2

Ravi Subramanian

Clerk

*/s/Kathleen Albert*

Deputy Clerk