UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PETER J. HANSON, P.C., a professional services corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>TVG-MEDULLA, LLC, a Delaware limited liability company,<br><br>              Defendant. | NO. 2:24-cv-01142 JNW<br><br>ORDER GRANTING DISMISSAL |

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal and the Court having reviewed the files and pleadings herein, it is hereby

ORDERED, ADJUDGED AND DECREED that that pursuant to Fed. R. Civ. P 41(a), this matter is hereby DISMISSED without prejudice and without the award of attorneys' fees or costs to any party.

DATED this 20th day of November, 2025.

_____
Honorable Jamal N. Whitehead

ORDER GRANTING DISMISSAL – 1

HAN067-0001 8132129

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020